# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| KAREN WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:16-cv-527-RLY-DKL |
| | ) | |
| EAGLE ACCOUNTS GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Karen Wood, by counsel, and Defendant, Eagle Accounts Group, Inc., by counsel, hereby stipulate to dismissal with prejudice of this cause.

Respectfully submitted,

/s/ John T. Steinkamp
John T. Steinkamp
Attorney for Plaintiff

/s/ Joseph B. Walterman
Joseph B. Walterman
Attorney for Defendant

## Certificate of Service

I hereby certify that on June 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Attorneys for Plaintiff:

John Steinkamp          steinkamplaw@yahoo.com
Michael Eades           steinkamplaw@yahoo.com

/s/ Joseph B. Walterman
Joseph B. Walterman (24436-49)